**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff<br>    v.<br>NANCY J. MESSINA<br>            Defendant(s) | Civil Action No:   02-CV-4990 |

**ORDER**

AND NOW, this         day of                 , 2003, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

**ORDERED**

    1.   That the public sale held on April 29, 2003 is hereby confirmed.

    2.   That the Marshal is ordered and directed to execute and deliver to Harry Reaver, their successors and assigns, a good and sufficient deed, conveying all the right, title and interest of NANCY J. MESSINA in and to the premises sold located at 1 Dewsbury Lane, Quakertown, PA 18951.

    3.   That jurisdiction is retained for such further orders or decrees as may be necessary.

_____
J.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　Plaintiff<br>　　v.<br>NANCY J. MESSINA<br>　　　　　　Defendant(s) | Civil Action No:  02-CV-4990 |

**MOTION FOR CONFIRMATION OF PUBLIC SALE**

　　The United States of America, by its attorneys, Goldbeck McCafferty & McKeever, moves to confirm the public sale in the captioned case, and respectfully represents:

　　1.　In accordance with Order entered January 14, 2003 in favor of Plaintiff and against Defendants, after due advertisement pursuant to Title 28, U.S.C. Section 2002, as appears from the Advertising Order attached hereto as Exhibit "A", the real property described was exposed to public sale on April 29, 2003 and sold to Harry Reaver for a bid of $90,250.00.

　　2.　The Marshal's Return of Sale is attached as Exhibit B.

　　3.　Notice of the sale had been given to all lienholders as shown on the Affidavit pursuant to Pa. R.C.P. 3129 and the Certificate of Service (Exhibit "C")

　　4.　The Order of January 14, 2003 required that a Motion for Confirmation of the Sale be made to the Court at least thirty (30) days after the date of Sale.

　　5.　Notice has been given to all parties in interest of the presentation of this motion.

　　WHEREFORE, Plaintiff respectfully moves for confirmation of the sale.

　　　　　　　　　　　　　　GOLDBECK McCAFFERTY & McKEEVER
　　　　　　　　　　　　　　By:  Michael T. McKeever, Esquire
　　　　　　　　　　　　　　Pennsylvania Attorney I.D. No. 56129
　　　　　　　　　　　　　　Suite 500 – The Bourse Building
　　　　　　　　　　　　　　111 S. Independence Mall East

```
Philadelphia, PA  19106
(215) 627 - 1322
```

s/ Michael T. McKeever

Case 2:02-cv-04990-JCJ   Document 14   Filed 05/30/2003   Page 3 of 4

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>              Plaintiff<br>     v.<br>NANCY J. MESSINA<br>              Defendant(s) | Civil Action No:   02-CV-4990 |

**CERTIFICATE OF SERVICE**

I certify that on May 29, 2003, by first class mail, postage prepaid, the following parties in interest were given notice this Motion:

NANCY J. MESSINA
530 Ambler Street
Quakertown, PA 18951

PA DEPARTMENT OF PUBLIC WELFARE -
Bureau of Child Support
Enforcement
Health and Welfare Bldg. - Room 432
P.O. Box 2675
Harrisburg, PA 17105-2675

DOMESTIC RELATIONS OF BUCKS
COUNTY
30 East Court Street
Doylestown, PA 18901

HOUSEHOLD REALTY CORPRATION
2910 Easton Avenue
Bethlehem, PA 18017

HARRY REAVER
1003 Thousand Acre Road
Sellersville, PA 18960

OCCUPANTS/TENANTS
1 Dewsbury Lane
Quakertown, PA 18951

                                GOLDBECK McCAFFERTY & McKEEVER
                                By:  Michael T. McKeever, Esquire
                                Pennsylvania Attorney I.D. No. 56129
                                Suite 500 – The Bourse Building
                                111 S. Independence Mall East
                                Philadelphia, PA  19106
                                (215) 627 – 1322

                                s/ Michael T. McKeever