ADVERTISING ORDER

U. S. Marshals Service - Department of Justice      PA[...]
Room 2110    601 Market St., Phila, PA 19106

The publisher of The Intelligencer is authorized to publish
advertisement according to the schedule below, provided the
excess of the commercial rates charged to private individua[ls]
discounts. It is to be set solid, without paragraphing, a[nd]
display in the heading unless otherwise expressly authorize[d]
specifications.

NAME OF PUBLICATION: The Intelligencer
SUBJECT OF ADVERTISEMENT: sale of real property
EDITION OF PAPER ADVERTISEMENT APPEARED: daily
NUMBER OF TIMES ADVERTISEMENT APPEARED: 4x's
DATE(S) ADVERTISEMENT APPEARED: April 1, 8, 15 and 22, 2003
SPECIFICATIONS FOR ADVERTISEMENT:
COPY FOR ADVERTISEMENT: Nancy J. Messina

AUTHORITY TO ADVERTISE

DATE: March 25, 2003
CASE NUMBER: Case No.#02-4990
SIGNATURE OF AUTHORIZING OFFICIAL: _____
---------PUBLIC VOUCHER FOR ADVERTISING--[ATTACH COPY OF A[D]
CHARGES TO BE FILLED OUT BY NEWSPAPER:

TIMES ADVERTISEMENT APPEARED: 4 times
NUMBER OF LINES IN AD: 317 lines
COST PER LINE: $4.76 per line
  1 Affidavit $8.43
TOTAL COST: $1517.35

AFFIDAVIT - This represents a true billing for the attached
with specifications and copy, which has been completed.
SIGNATURE OF PUBLISHER: Susan A. McHuk
TITLE: Billing Manager

NAME OF PUBLICATION: The Intelligencer
ADDRESS: 333 North Broad Street
Doylestown, PA 18901
--------------------------------------------------------
                FOR U.S. MARSHAL SERVICE USE ONLY

I certify that the advertisement described above appeared i[n]
publication and that this account is correct and eligible f[or]

SIGNATURE OF CERTIFYING OFFICER: _____
DATE: _____
ACCOUNT: _____    CHECK # _____

---

**NOTICE OF U.S. MARSHAL'S SALE OF REAL PROPERTY**

Public Notice is hereby given, that by virtue of an Order for Foreclosure and Sale of Real Estate dated January 14, 2003, issued out of the United States District Court for the Eastern District of Pennsylvania, in Civil Action No. 02-CV-4990 on a judgment in the amount of $173,668.86 plus interest from December 31, 2001 rendered in the Court, in favor of the United States of America and against NANCY J. MESSINA, the following described real estate, located at 1 Dewsbury Lane, Quakertown, PA 18951, shall be offered for sale on April 29, 2003 at 12:00 PM at the property address of: 1 Dewsbury Lane, Quakertown, PA 18951, at public auction, to the highest and best bidder by the U.S. Marshal for the Eastern District of Pennsylvania.

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected, situate in the Borough of Quakertown, County of Bucks and State of Pennsylvania described according to a Final Subdivision Plan thereof made for "Cedar Grove Estates" by Pickering Corts & Summerson, Inc. Consulting Engineers, Newtown, Pennsylvania, on September 22, 1972 recorded November 30, 1973 in Plan Book No. 116 page 30, as follows to wit:

BEGINNING at a point on the Easterly side of Dewsbury Lane (50) feet wide) at the distance of 18 feet measured South 2 degrees 34 minutes 30 seconds West along the same from its intersection with the Southerly side of Hickory Drive (60 feet wide, both lines produced); thence extending from said beginning point on a line curving to the right have a radius of 18 feet, the arc distance of 28.27 feet to a point of tangent on the Southerly side of Hickory Drive, aforesaid; extending along the same South 87 degrees 25 minutes 30 seconds East 82 feet to a point; thence extending South 2 degrees 34 minutes 30 seconds West 35 feet to a point; thence extending North 87 degrees 25 minutes 30 seconds West 100 feet to a point on the Easterly side of Dewsbury Lane aforesaid; thence extending along the same North 02 degrees 34 minutes 30 seconds East 17 feet to the first mentioned point and place of beginning.

BEING Lot No. 142 as shown on said Plan.
BEING THE SAME PREMISES which William F. Delaney, Jr. and Sandra L. Delaney, his wife did convey unto Andrew [...]er, M. Horvat, his wife by Deed dated September 25, 1987 and recorded in the office of the Recorder of Deeds Bucks County on September 30, 1987 in Deed Book 2778 page 764.

ALSO KNOWN AS 1 Dewsbury Lane, Bucks County Pennsylvania. Bucks County Parcel Number 35-1-151.

Terms of Sale: Ten percent (10%) of the highest sum bid must be deposited by the highest bidder in cashier's check or certified check with the Marshal upon the property being struck down to such bidder. Upon failure to make such deposit, the bidder shall lose the benefit of this bid and the property may be immediately put up again and sold unless a deposit of the sum required be made by a second bidder willing to take the property at the highest price bid. The balance of the purchase price shall be paid in cashier's check or certified check within ten (10) days after confirmation of the sale by Court Order without any demand being made by the Marshal. Otherwise, the Marshal may settle with a second bidder who