

U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

## U. S. MARSHALS SALE OF REAL PROPERTY

C. A. 02-cv-4990

I, __Nik C. Hannevig__, a Deputy U. S. Marshal for the Eastern District of Pennsylvania, sold the property located at __1 Dewsbury Lane Quakertown PA__. The public sale was held on __29 April 2003__ and the highest bidder was __Harry Reaver__, who bid the amount of $__90,250.00__.

_____
Deputy U. S. Marshal
United States Marshals Service
Eastern District of Pennsylvania