UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>NANCY J. MESSINA<br><br>Defendant | CIVIL NO. 02-CV-4990 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)**

Joseph A. Goldbeck, Jr., Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

(X)    Personal Service by the ~~Sheriff's Office~~/competent adult (copy of return attached).
( )    Certified mail by Joseph A. Goldbeck, Jr. (original green Postal return receipt attached).
( )    Certified mail by Sheriff's Office.
( )    Ordinary mail by Joseph A. Goldbeck, Jr., Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( )    Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( )    Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
( )    Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( )    Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( )    Certified Mail & ordinary mail by Joseph A. Goldbeck, Jr. (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Joseph A. Goldbeck, Jr., Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Joseph A. Goldbeck, Jr.
Attorney for Plaintiff

**TO:** MESSINA, NANCY J.

**NANCY J. MESSINA**
530 Ambler Street
Quakertown, PA 18951

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
March 7, 2003

**REFERENCE:** MESSINA, NANCY J. / USA-0175
— Bucks

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
PHILADELPHIA, PA 19101
MAR 7 2003
CONTINENTAL STA

**TO:** MESSINA, NANCY J. (property)

**NANCY J. MESSINA**
1 Dewsbury Lane
Quakertown, PA 18951

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
March 7, 2003

**REFERENCE:** MESSINA, NANCY J. / USA-0175
— Bucks

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
PHILADELPHIA, PA 19101
MAR 7 2003
CONTINENTAL STA

| Name and Address of Sender | GOLDBECK McCAFFERTY & McKEEVER<br>Suite 500 The Bourse Building<br>111 S. Independence Mall East<br>Philadelphia, Pennsylvania 19106 | | Check type of mail:<br>☐ Express   ☐ Return Receipt (RR) for Merchandise<br>☐ Registered ☐ Certified<br>☐ Insured   ☐ Int'l Rec. Del.<br>☐ COD     ☐ Del. Confirmation (DC) | | | | | | | | | If Registered Mail<br>check below:<br>☐ Insured<br>☐ Not Insured | Affix stamp here if issued as certificate of mailing, or for additional copies of this bill.<br>Postmark and Date of Receipt ▼ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Line | Article Number | Addressee Name, Street, and PO Address | Postage | Fee | Handling Charge | Actual Value (if Reg.) | Insured Value | Due Sender if COD | RR Fee | DC Fee | SC Fee | SH Fee | SD Fee | RD Fee | Remarks |
| 1 | | PA DEPARTMENT OF PUBLIC WELFARE<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | DOMESTIC RELATIONS OF BUCKS COUNTY<br>30 East Court Street<br>Doylestown, PA 18901 | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | HOUSEHOLD REALTY CORPORATION<br>2910 Easton Avenue<br>Bethlehem, PA 18017 | | | | | | | | | | | | | |
| 7 | | OCCUPANTS/TENANTS<br>1 Dewsbury Lane<br>Quakertown, PA 18951 | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee)

1713
9470 $03.600 PB2211913
7225 MAILED FROM ZIP CODE 19106
U.S. POSTAGE  MAR 03 03

PS Form 3877, April 1999

The full declaration of value is required on all domestic and international registered mail. The maximum indemnity payable for the reconstruction of nonnegotiable documents under Express Mail document reconstruction insurance is $50,000 per piece subject to a limit of $500,000 per occurrence. The maximum indemnity payable on Express Mail merchandise insurance is $500. The maximum indemnity payable is $25,000 for registered mail, sent with optional postal insurance. See Domestic Mail Manual R900, S913, and S921 for limitations of coverage on insured and COD mail. See International Mail Manual for limitations of coverage on international mail. Special handling charges apply only to Standard Mail (A) and Standard Mail (B) parcels.

Complete by Typewriter, Ink, or Ball Point Pen

MESSINA                                                              USA

NANCY J. MESSINA                           CHECK #_____

# AFFIDAVIT OF SERVICE

| PLAINTIFF/S/ THE UNITED STATES OF AMERICA | COURT NUMBER 02-CV-4990 |
|---|---|
| DEFENDANT/S/ NANCY J. MESSINA | ____ COMPLAINT - MORTGAGE FORECLOSURE<br>_XX_ WRIT OF EXECUTION – MORTGAGE ORECLOSURE<br>____ COMPLAINT – EJECTMENT<br>____ WRIT OF POSSESSION |

**SERVE** → {
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE
**MESSINA, NANCY J.**

ADDRESS (Street or Road, Apartment No., City, Boro, Twp., State and ZIP Code)
**530 Ambler Street**
**Quakertown, PA 18951**

**AT**
}

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

ADDRESS OF ATTORNEY FOR PLAINTIFF
GOLDBECK McCAFFERTY & McKEEVER
Suite 500 – The Bourse Bldg.
111 S. Independence Mall East
Philadelphia, PA  19106

Louis Giacomelli, hereby certifies in accordance with law that he did serve upon above named Defendant a true and correct copy of the above-captioned on the ___6___ day of ___MARCH___ 20_03_ at _12:20_ o'clock _P_ .M., in the following manner:

( ) Defendant(s) personally served.
(X) Adult family member with whom said Defendant(s) reside(s).
    Relationship is ___SON___
( ) Adult in charge of Defendant's residence who refused to give name or relationship.
( ) Manager / Clerk of place of lodging in which Defendant(s) reside(s).
( ) Agent or person in charge of Defendant's office of usual place of business.
( ) _____ an officer of said Defendant company.
( ) POSTED in accordance with Court Order.
( ) Other _____.

On the _____ day of _____, 20___, at _____ o'clock, ___ .M., Defendant not found because:

( ) Moved     ( ) Unknown     ( ) Vacant     ( ) Other _____.

I certify the foregoing to be true and correct.

SWORN TO AND SUBSCRIBED:
Before me this _17_ day:
of _Mar_____, 2003:
_Kathleen_ —
Notary Public

SIGNATURE _Louis Giacomelli_
PRINT NAME _LOUIS GIACOMELLI_

NOTARIAL SEAL
Kathleen M. Lion, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 14, 2004

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                           Plaintiff<br><br>vs.<br><br>NANCY J. MESSINA<br><br>                           Defendant | CIVIL NO. 02-CV-4990 |

## **AFFIDAVIT PURSUANT TO RULE 3129**

       THE UNITED STATES OF AMERICA, Plaintiff in the above action, by its attorney, Joseph A. Goldbeck, Jr., Esquire, sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

                        1 Dewsbury Lane
                        Quakertown, PA 18951

1. Name and address of Owner or Reputed Owner:

                        NANCY J. MESSINA
                        530 Ambler Street
                        Quakertown, PA 18951

2. Name and address of Defendant in the judgment:

                        NANCY J. MESSINA
                        530 Ambler Street
                        Quakertown, PA 18951

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

                        PA DEPARTMENT OF PUBLIC WELFARE
                        Bureau of Child Support Enforcement
                        Health and Welfare Bldg. - Room 432
                        P.O. Box 2675
                        Harrisburg, PA 17105-2675

                        DOMESTIC RELATIONS OF BUCKS COUNTY
                        30 East Court Street
                        Doylestown, PA 18901

4. Name and address of the last recorded holder of every mortgage of record:

>HOUSEHOLD REALTY CORPRATION
>2910 Easton Avenue
>Bethlehem, PA 18017

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

>OCCUPANTS/TENANTS
>1 Dewsbury Lane
>Quakertown, PA 18951

(attach separate sheet if more space is needed)

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: March 17, 2003

GOLDBECK McCAFFERTY & McKEEVER
BY: Joseph A. Goldbeck, Jr., Esq.
Attorney for Plaintiff

*[Handwritten at top: PLEASE POST PROPERTY BY MARCH 04, 2003]*

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF**: THE UNITED STATES OF AMERICA | **COURT CASE NUMBER**: 02-CV-4990 |
| **DEFENDANT**: NANCY J. MESSINA | **TYPE OF PROCESS**: NOTICE OF US MARSHALL SALE |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: NANCY J. MESSINA

**AT** ADDRESS: 1 Dewsbury Lane, Quakertown, PA 18951

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GOLDBECK McCAFFERTY & McKEEVER
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

*PLEASE POST HANDBILL*

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 215-627-1322
DATE: 3-3-03

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 66
District to Serve No. 66
Signature of Authorized USMS Deputy or Clerk
Date: 3-4-03

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 
Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | 3.60 | |

**REMARKS**:

**NOTE**

PRIOR EDITIONS MAY BE USED | **3. NOTICE OF SERVICE** | FORM USM-285 (Rev. 12/15/80)