**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 02-4990 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| NANCY J. MESSINA, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this        day of November, 2003, upon consideration of the Plaintiff's Motion for Confirmation of Public Sale and it appearing to the Court that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby ORDERED that:

1.    The public sale held on April 29, 2003 is hereby CONFIRMED;

2.    The U.S. Marshal is ORDERED and DIRECTED to execute and deliver to Harry Reaver, their successors and assigns, a good and sufficient deed, conveying all right, title and interest of Nancy J. Messina in and to the premises sold located at 1 Dewsbury Lane, Quakertown, PA 18951; and

3.    Jurisdiction is retained for such further orders and decrees as may be necessary.

BY THE COURT:

_____

J. CURTIS JOYNER, J.