**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> NANCY J. MESSINA <br><br> Defendant(s) | CIVIL ACTION NO. 02-CV-4990 |

## APPLICATION FOR DISTRIBUTION OF PROCEEDS

For the reasons set forth in the attached Schedule of Distribution, the United States of America, on behalf of its Agency, the United States Department of Agriculture, respectfully requests that the Court enter the Order of Distribution as required in the Motion for Judgment and Motion for Confirmation.

      Respectfully submitted,

      GOLDBECK McCAFFERTY & McKEEVER

      s/ Michael T. McKeever

      By: _____
      Michael T. McKeever, Esquire
      Pennsylvania Attorney I.D. No. 56129
      Suite 5000 – Mellon Independence Center
      701 Market Street
      Philadelphia, PA  19106-1532
      (215) 627 – 1322
      Original signature not required/electronic filing

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff<br><br>vs.<br><br>NANCY J. MESSINA<br><br>                Defendant(s) | CIVIL NO. 02-CV-4990 |

**ORDER**

      **AND NOW**, this   day of 19, 2003, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 1 Dewsbury Lane Quakertown, PA 18951 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

                                                    BY THE COURT:

                                                    _____
                                                                                  J.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Plaintiff<br><br>vs.<br><br>NANCY J. MESSINA<br><br>       Defendant(s) | CIVIL NO. 02-CV-4990 |

## A.  SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED


Amount of cash received ............................................................$90,250.00


 Amount bid by: ....................................................................... $90,250.00

**TO BE DISTRIBUTED AS FOLLOWS:**

US MARSHAL COSTS:

 Mileage and Tolls. ....................................................................$3.60

US ATTORNEY COSTS:

 Advertising Cost  ......................................................................$1517.35

TOTAL COSTS TO U.S. GOVERNMENT .................................$1,520.95

Proceeds of sale, less costs, to Farmer's Home Admin .................$88,729.05


              Respectfully submitted,

              GOLDBECK McCAFFERTY & McKEEVER

              s/ Michael T. McKeever


              By: _____
              Michael T. McKeever, Esquire
              Pennsylvania Attorney I.D. No. 56129
              Suite 5000 – Mellon Independence Center
              701 Market Street
              Philadelphia, PA  19106-1532
              (215) 627 – 1322
              Original signature not required/electronic filing

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 02-CV-4990 |
| vs. | |
| NANCY J. MESSINA | |
| Defendant(s) | |

**CERTIFICATE OF SERVICE**

I do hereby certify that this Schedule of Distribution and Certificate of Service was made upon:

    NANCY J. MESSINA
    530 Ambler Street
    Quakertown, PA 18951

by mailing a true and correct copy thereof, postage prepaid, on this 19 day of November, 2003.

    Respectfully submitted,

    GOLDBECK McCAFFERTY & McKEEVER

    s/ Michael T. McKeever

    By: _____
    Michael T. McKeever, Esquire
    Pennsylvania Attorney I.D. No. 56129
    Suite 5000 – Mellon Independence Center
    701 Market Street
    Philadelphia, PA  19106-1532
    (215) 627 – 1322
    Original signature not required/electronic filing